# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

K<small>ATHERINE</small> M<small>ARIE</small> S<small>TEEN</small>,                         Civil Case No. 11-11625

        Plaintiff,                         SENIOR UNITED STATES
                                                            DISTRICT JUDGE
v.                                                          ARTHUR J. TARNOW

E<small>UGENE</small> J<small>ONES</small>, J<small>R</small>. ,                    MAGISTRATE JUDGE
                                                            MICHAEL J. HLUCHANIUK
        Defendant.
_____/

## ORDER DENYING PLAINTIFF'S
## MOTION FOR ENTRY OF DEFAULT [8]

On June 3, 2011, the Court issued an Order [7] dismissing Plaintiff's case for failure to state a claim. On August 25, 2011, Plaintiff filed a Motion for Entry of Default [8]. There is no basis for the Court to consider the motion because the case is closed.

Therefore, being fully advised of the premises, the Court **DENIES** Plaintiff's Motion for Entry of Default [8]. Because this case is **CLOSED**, the Judge cannot accept any further filings, faxes, or deliveries. Any future motions or communications must be directed to the Clerk's Office.

**IT IS SO ORDERED**.


Dated: August 30, 2011                         s/Arthur J. Tarnow
                                                            ARTHUR J. TARNOW
                                                            SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the forgoing document was sent to

Katherine Marie Steen
P.O. Box 20354
Ferndale, MI 48220

and parties of record on August 30, 2011 by US/electronic mail.

                                                  s/Michael Williams
                                                  Relief Case Manager to the
                                                  Honorable Arthur J. Tarnow